# Court of Appeals
# of the State of Georgia

ATLANTA,     March 05, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0257. FLEXSTAFF SERVICES, INC. v. VAN YATH SERVICES, INC.

Flexstaff Services, Inc. seeks discretionary review of the trial court's order denying its motion to vacate default judgment or, in the alternative, motion to open default. We, however, lack jurisdiction.

Although the trial court entered judgment against Flexstaff Services as to liability, it left pending the issue of damages. The default judgment specifically states that Van Yath Services "shall present evidence of damages at a hearing before this Court upon a date and time to be specified in a separate Rule Nisi," and there is no indication in the application materials that such a hearing has been held. Because the issue of damages remains pending, the order is not final, and Flexstaff Services was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Neal v. State of Ga.*, 182 Ga. App. 37 (354 SE2d 664) (1987); *Attridge v. Maines*, 174 Ga. App. 472, 473 (330 SE2d 409) (1985). Its failure to do so deprives us of jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/05/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                                                    , *Clerk.*